UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARRYL CURRY | CIVIL ACTION |
| VERSUS | NO. 00-2462 |
| ST. TAMMANY PARISH SHERIFF'S OFFICE ET AL. | SECTION "B" (2) |

# ORDER ON MOTION

APPEARANCES:  None (on the briefs, as supplemented)

MOTION:  Previously Deferred Portion of Motion for Summary Judgment filed by defendants Rodney Strain, Michael Ferrell and Zachary Carbo, Record Doc. No. 126

O R D E R E D:

 XXX : DENIED. A ruling was previously deferred on a portion of this motion as to plaintiff's claims of excessive force and state law tort assault and battery claims. Record Doc. No. 144. Both parties have supplemented their memoranda with additional memoranda and excerpts from Curry's deposition transcript.

There are inconsistencies in plaintiff's testimony, both internally within his deposition and between his deposition and his previously submitted affidavit. It appears that his claims are supported by the slenderest thread of evidence. Nonetheless, "[c]redibility determinations, the weighing of the evidence, and the drawing of legitimate inferences from the facts are jury functions, not those of a judge [when] . . . ruling on a motion for summary judgment . . . ." Anderson v. Liberty Lobby, 477 U.S. 242, 255 (1986); accord Goodson v. City of Corpus Christi, 202 F.3d 730, 739 (5th Cir. 2000).

On the current evidentiary record, Curry's affidavit and deposition testimony say just enough to create genuine issues of material fact that remain dispute as to plaintiff's claims of excessive force and state law tort assault and battery claims.

New Orleans, Louisiana, this __14th__ day of September, 2006.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE